**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| GERALDINE RENZULLI, | : | No. 521 EAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FREDERICK RENZULLI AND KRISTIN M. | : | |
| RENZULLI, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.